# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4320

_____

SHERI LOU DESHANE, R.N.,

Petitioner,

v.

STATE OF FLORIDA, DEPARTMENT
OF HEALTH,

Respondent.

_____

Petition for Review of Non-Final Agency Action.

June 24, 2019

PER CURIAM.

DENIED.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Lauren Ashley Leikam, Sarasota, for Petitioner.

Christine E. Lamia, Chief Appellate Counsel, and Sarah Young Hodges, Chief Appellate Counsel, Department of Health, Tallahassee, for Respondent.